*The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                               CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                         *Paralegal*

September 30, 2024

VIA ECF ONLY
Hon. Colleen McMahon
United States District Court Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:    Allred v. Schimek, 24-cv-4738-cm

Dear Judge McMahon:

The undersigned is counsel to Gloria Allred, the appellant in the above referenced bankruptcy appeal.  This letter seeks to confirm that the oral argument scheduled by the Court for October 3, 2024, at 11:00 a.m. shall proceed as scheduled.  The undersigned reviewed the S.D.N.Y. calendar for this week and did not see the matter on the calendar.  Thank you for your courtesies in confirming this appearance.

> Respectfully submitted,
>
> S/Fred S. Kantrow
> Fred S. Kantrow

Cc:    Michael Schimek, *pro se*